B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Stephanie Quinonez _____ (name), certify that service of this summons and a copy of the complaint was made April 24, 2019 _____ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Steven J. Reisman
    Katten Muchin Rosenman LLP
    575 Madison Avenue
    New York, NY 10022

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 5/1/2019    Signature _____

Print Name:    Stephanie Quinonez

Business Address:    Outten & Golden, LLP

    685 Third Avenue, 25th Floor
    New York, NY 10017

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Sizmek Inc.  
Bankruptcy Case No.: 19–10971–smb

Jared McKinley Kreiner on behalf of himself and all others similarly situated.

Plaintiff(s),

–against–

Adversary Proceeding No. 19–01116–smb

Sizmek Inc.

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

**Address of Clerk:**

**Clerk of the Court**  
**United States Bankruptcy Court**  
**Southern District of New York**  
**One Bowling Green**  
**New York, NY 10004–1408**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

**Jack A. Raisner**  
**Outten & Golden LLP**  
**685 Third Avenue**  
**25th Floor**  
**New York, NY 10017**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court Southern District of New York One Bowling Green New York, NY 10004–1408 | Room: Courtroom 723 (SMB), One Bowling Green, New York, NY 10004–1408 Date and Time: 5/21/19 at 10:00 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 4/12/19

Vito Genna

*Clerk of the Court*

By: /s/ Carmen Ortiz

*Deputy Clerk*